**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**CHRISTOPHER B. DAVIS,** | 1:22-mc-00005-SAB<br><br>ORDER REGARDING USE OF ELECTRONIC FILING SYSTEM, DIRECTING APPEARANCE BY SUPERVISING DEPUTY ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE<br><br>(ECF Nos. 1, 4) |

On January 3, 2022, the Court received a motion from Christopher B. Davis requesting relief from e-filing procedures. (ECF No. 1.) Mr. Davis also filed a motion requesting administrative assistance to issue a copy of the filed complaint. (ECF No. 4.) While Mr. Davis' initial filings received on January 3, 2022, contained a mailing address at California State Prison, Corcoran, on January 4, 2022, the Court received a change of address notice indicating Plaintiff is now located at High Desert State Prison. (ECF No. 5.)

In the motion requesting relief from e-filing, Mr. Davis contends that his complaint totals 99 pages with exhibits, that he does not trust the librarian at the facility to handle his complaint, and additionally does not have physically access to a law library, so would have to send his complaint through institutional mail. (ECF No. 1 at 2.) Mr. Davis does not trust the institution with his legal work until first having a copy for himself. (Id.) Mr. Davis also contends he has been requesting access to the law library since June of 2021. (Id. at 3.) In the notion for administrative assistance, Mr. Davis requests a copy of the complaint, for essentially the same reasons. (ECF No. 4.)

As Mr. Davis was incarcerated at California State Prison, Corcoran, at the time of filing, he was subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison

1

Litigation Filed by Plaintiffs incarcerated at Participating Penal Institutions, issued on March 1, 2016. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages.  As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

Based on Mr. Davis' filings, the Court will request the Supervising Deputy Attorney General in charge of the e-service program, Lawrence Bragg, to address Mr. Davis' contentions.  After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Christopher B. Davis' motions (ECF Nos. 1, 4) and a copy of this order on Supervising Deputy Attorney General, Lawrence Bragg, and Senior Assistant Attorney General, Monica Anderson;

2. Mr. Bragg shall file a response to Mr. Davis' motion within **fourteen (14)** days from the date of service of this order; and

3. No case as to the merits of Mr. Davis' claims will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's e-filing procedures.

IT IS SO ORDERED.

Dated:   **January 5, 2022**

UNITED STATES MAGISTRATE JUDGE