**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE:** | ) | 1:22-mc-00005-SAB |
| | ) | |
| **CHRISTOPHER B. DAVIS,** | ) | ORDER DENYING REQUEST TO FILE COMPLAINT WITHOUT USE OF ELECTRONIC FILING SYSTEM, AND DIRECTING CLERK OF COURT TO CLOSE THE INSTANT ACTION |
| | ) | |

On January 3, 2022, the Court received a motion from Christopher B. Davis requesting relief from e-filing procedures. (ECF No. 1.) Mr. Davis also filed a motion requesting administrative assistance to issue a copy of the filed complaint. (ECF No. 4.)

In the motion requesting relief from e-filing, Mr. Davis contends that his complaint totals 99 pages with exhibits, that he does not trust the librarian at the facility to handle his complaint, and additionally does not have physically access to a law library, so would have to send his complaint through institutional mail. (ECF No. 1 at 2.) Mr. Davis does not trust the institution with his legal work until first having a copy for himself. (Id.) Mr. Davis also contends he has been requesting access to the law library since June of 2021. (Id. at 3.) In the notion for administrative assistance, Mr. Davis requests a copy of the complaint, for essentially the same reasons. (ECF No. 4.)

On January 6, 2022, the Court directed Supervising Deputy Attorney General, Lawrence Bragg, to file a response by way of special appearance.

///

1

On January 20, 2022, Supervising Deputy Attorney General, Lawrence Bragg, filed a response and submitted the declaration of M. Lirones, Senior Librarian at California State Prison-Corcoran, where Plaintiff was housed at the time of filing.  M. Lirones declares the following:

> To the best of my knowledge, records at Corcoran indicate that inmate Christopher B. Davis (AN4950) did not attempt to electronically file a complaint in the Eastern District of California while housed at Corcoran.
>
> Records at Corcoran since June 27, 2021, indicate that Mr. Davis was scheduled for library access on July 7, 2021, but that he refused to attend on that date.
>
> Mr. Davis requested Priority Library User (PLU) status using form GA-22 Inmate Request for Interview on August 4, 2021, claiming that he had an active criminal case.  He did not specify a court name or case number, so it was not possible to verify if he had a court deadline.  He was sent the form to apply for PLU status on August 5, 2021.  Corcoran has no record that Mr. Davis ever returned the PLU application.  Mr. Davis's PLU application would have been approved only if he had a verified court deadline within thirty days, under California Code of Regulations, Title 15, Section 3122.  Mr. Davis had General Library User status after August 5, 2021.  In-person library access for General Library Users has been restricted by the COVID-19 crisis and staffing shortages at Facility 4A.
>
> Since June 27, 2021, Mr. Davis submitted requests for in-person access to the Facility 4A library on September 1, 2021, and October 13, 2021, but in-person access for General Library Users was unavailable on those dates due to a staffing shortage and COVID-19 restrictions at this Facility.  The request for access on September 1, 2021 was a general request to utilize the legal resources without mentioning a request to e-file a document. The request for access on October 17, 2021 concerned research on the California Code of Civil Procedure for statute of limitation in section 1983 cases without mentioning a request toe-file a document. At that time, in-person library access was provided only to PLU users, Law library services remained available to inmates such as Mt. Davis through the paging system. To my knowledge, Mr. Davis has hot submitted a request for library access in order toe-file• a civil rights complaint.
>
> Since June 27, 2021, Mt. Davis submitted requests for library paging services and forms at Corcoran Facility 4A on July 2; 2021, August 25, 2021, September 1, 2021, September 9, 2021, October 13, 2021, and October 14, 2021.  Materials responsive to his requests were sent to him on July 7, 2021, September 10, 2021, September 16, 2021, October 14, 2021, and October 20, 2021.
>
> Mr. Davis's assertion that the librarian at Facility 4A was fired is incorrect.  The Library Technical Assistant for this Facility found another position and now works at a different institution.  Corcoran is actively searching for a qualified person to fill this position.  Until this position is filled, a Library Technical Assistant from a different Corcoran facility is covering Facility 4A, along with the facility to which they were originally assigned.
>
> At Corcoran, an inmate can submit a pleading for electronic filing in the Eastern District of California in several ways.  One is to send the documents to the library through the

institutional mail accompanied by a GA-22 Inmate Request for Interview form, requesting that the documents be e-filed. An inmate also can request to be escorted to the library by correctional staff and drop off the documents to be filed himself. Additionally, an inmate can request correctional staff to bring the documents to the library for filing, again accompanied by GA-22 Inmate Request for Interview form, requesting the documents be e-filed. Procedures for sending confidential mail from housing units are defined by Title 15 Section 3142.

Once submitted, library staff checks the documents for contraband, and library staff then takes the documents to the Main Education Office, where the documents are logged by education office staff. The documents then are taken to the Litigation Office by education staff, where they are transmitted to the Court electronically. After filing, the documents are returned to the Main Education Office, logged again, and returned to the library and provided to the inmate, along with a receipt for him to sign indicating that he has received all documents submitted. If an inmate feels that all pages submitted were not returned, the inmate may raise the issue by filing a CDCR form 22 Request for Interview, Item or Service or a CDC form 602-1 Grievance.

(Declaration of M. Lirones, ¶¶ 3-10.)

Based on the declaration of M. Lirones, it clear that library services were available to Mr. Davis at Corcoran, and he could have delivered the complaint to the library himself for e-filing, obviating the possibility of improper interference with the filing or loss through institutional mail. Mr. Davis can do the same at High Desert State Prison (HDSP), where library staff also may be able to pick up the document directly from him for filing. (Declaration of C. Jenkins, Senior Librarian, at HDSP.) Mr. Davis also has an available remedy should an error occur during the e-filing. Therefore, Mr.'s Davis' request to be exempt from the electronic filing system shall be denied.

Accordingly, it is HEREBY ORDERED that:

1. Mr. Davis' request to be exempt from the electronic filing system is denied;

2. Mr. Davis must comply with the Court's Standing Order to have his complaint e-filed by this Court and the failure to do so will result in return of the complaint as not filed;

///
///
///
///
///
///

3. The Clerk of Court shall send Plaintiff a copy of his complaint at his current address of record; and

4. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **January 21, 2022**

UNITED STATES MAGISTRATE JUDGE